UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:26-cv-00019-GFVT |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL ADAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Proposed Intervenor Kentucky Alliance for Retired Americans' Motions for Attorneys Elizabeth C. Frost, Lucas Lallinger, and Tina Meng Morrison to Appear *Pro Hac Vice*.  [R. 4; R. 5; R. 6.]   Upon review, the Court finds that the movant has tendered the required filing fees, and information regarding the attorneys' admission status, disciplinary history, consent to jurisdiction, and ECF training.  Accordingly, pursuant to LR 83.2(a), and the Court being duly and sufficiently advised, it is hereby **ORDERED** as follows:

1. Proposed Intervenor's Motions for Admission *Pro Hac Vice* **[R. 4; R. 5; R. 6]** are

   **GRANTED**;

2. Attorneys Elizabeth C. Frost, Lucas Lallinger, and Tina Meng Morrison are admitted

   *pro hac vice* as counsel for the Proposed Intervenor in the above-styled action.

This the 3rd day of March, 2026.

Gregory F. Van Tatenhove
United States District Judge