# EXHIBIT 2

**U.S. Department of Justice**

Civil Rights Division

---

*Voting Section*
*950 Pennsylvania Ave, NW – 4CON*
*Washington, DC  20530*

July 17, 2025

<u>Via Mail and Email</u>

The Honorable Michael Adams
Secretary of State
700 Capital Ave., Ste. 152
Frankfort, KY 40601
sos.secretary@ky.gov

Dear Secretary of State Adams:

We write to you as the chief election official for the Commonwealth of Kentucky to request information regarding the commonwealth's procedures for complying with the statewide voter registration list maintenance provisions of the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501 *et seq*.

Please provide a list of the election officials who are responsible for implementing Kentucky's general program of voter registration list maintenance from November 2022 through receipt of this letter, including those responsible officials not employed by your office (such as local election officials) who are also involved in that effort. Please also provide a description of the steps that you have taken, and when those steps were taken, to ensure that the commonwealth's list maintenance program has been properly carried out in full compliance with the NVRA. Please include both the actions taken by Kentucky officials as well as county officials.

The NVRA requires each state and the District of Columbia to make available for inspection "all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters." 52 U.S.C. § 20507(i)(1). Section 11 of the NVRA authorizes the Attorney General to bring NVRA enforcement actions. *See* 52 U.S.C. § 20510.

Pursuant to Section 20507(i) of the NVRA, the Attorney General requests that you produce for inspection the following records:

> The current electronic copy of Kentucky's computerized statewide voter registration list ("statewide voter registration list") as required by Section 303(a) of the Help America Vote Act. Please include all fields contained within the list. Please produce each list in a .xls, .csv, or delimited-text file format.  Please specify what delimiter is used, if applicable, or provide a file layout along with a database user manual, coding list, or other materials that define or explain how a voter record is coded into the statewide voter

registration list and reported in the electronic copy of the statewide voter registration list.

Additionally, please provide the following information in electronic form. The time period for these requests is close of registration for the November 2022 general election through the close of registration for the November 2024 general election, the same time period as the most recent report from the Election Assistance Commission's Election Administration and Voting Survey ("EAVS"). If you are unable to provide the data, please explain why the data is not available.

1. A review of the most recent EAVS report indicates that in response to Question A1b, there are nearly as many registered voters listed as active as the citizen voting age population in Kentucky, with a registration rate in 2024 of 94.3 percent of the citizen voting age population. Furthermore, the EAVS report indicates that the ratio of active registered voters to citizen voting age population has been unusually high for several years, with Kentucky reporting a registration rate of 92.1 percent of citizen voting age population in 2022 and 98.6 percent in 2020. Please explain Kentucky's general program for removing ineligible voters from the official lists of eligible voters.

2. In the EAVS data for Question A3d, duplicate registrations, Kentucky did not report any number for any county. In the EAVS data for Question A12h, the number of voters removed for the reason of duplicate records, Kentucky did not report any number for any county. Please explain whether Kentucky checks the voter lists for duplicate registrations, and, if so, please describe the process and how often the check is performed. In the EAVS data for Question A13a, records merged or linked, Kentucky did not report any number for any county. Please explain if Kentucky has a process for merging voter records and, if so, how many records it has merged.

3. In the EAVS data for Question A3f, invalid or rejected registrations (other than duplicates), Kentucky reported 308,309 records, or 13.4 percent of 2,299,601 total registration transactions received (in Question A3a). Kentucky's percentage of invalid or rejected transactions out of total registration transactions is nearly four and a half times the national average of 3.0 percent. Please explain Kentucky's process for determining whether a registration is invalid or rejected.

4. In the EAVS data for Question A10a, Kentucky sent 97,539 confirmation notices. However, Kentucky did not provide numbers for any county for the results of the confirmation notices in Questions A10b through A10i. Kentucky also did not report any number for any county in the EAVS data for Questions A11a through A11n, reasons for sending confirmation notices to voters. Please provide the data for each county in Kentucky for Questions A10b through A10i and Questions A11a through A11n. Please also explain Kentucky's process for sending out and keeping track of the results of confirmation notices.

5. In the EAVS data for Questions A10a and A1b, Kentucky reported that it sent 97,539 confirmation notices out of 3,219,361 total active registered voters. Kentucky sent confirmation notices to 3.0 percent of total active registered voters in the commonwealth. The national average of 19.5 percent is more than six times Kentucky's percentage. Please

explain Kentucky's process for determining when to send a confirmation notice to an active registered voter.

6. In the EAVS data for Question A12e, Kentucky reported that it removed 127,436 voters for failure to respond to a sent confirmation notice and not voting in the two most recent federal elections. This category comprises 50.0 percent of the 255,035 total voter registration records removed that Kentucky reported in Question A12a. Please explain how Kentucky uses the confirmation notice process to remove voters from the voter lists.

Please provide a description of the steps that Kentucky has taken, and when those steps were taken, to identify registered voters who are ineligible to vote as well as the procedures Kentucky used to remove those ineligible voters from the registration list. Please identify the number of registered voters identified as ineligible to vote for the time period of the close of registration for the November 2022 general election through present for each of the following reasons:

1. Non-citizen

2. Adjudicated incompetent

3. Felony conviction

For each of those voters identified in categories 1-3 above, provide their registration information on the statewide voter registration list, including their vote history.

Please provide this information within 14 days of the date of this letter. The information and materials may be sent by encrypted email to voting.section@usdoj.gov or via the Department's secure file-sharing system, Justice Enterprise File Sharing (JEFS).

Should further clarification be required, please contact Maureen Riordan at maureen.riordan2@usdoj.gov. We look forward to your assistance in advance.

Sincerely,

Michael E. Gates
Deputy Assistant Attorney General
Civil Rights Division

Maureen Riordan
Acting Chief, Voting Section
Civil Rights Division

3

cc:    Karen Sellers
       Executive Director, Board of Elections
       140 Walnut St.
       Frankfort, KY 40601
       karen.sellers@ky.gov