# EXHIBIT 7

Karen Sellers
Executive Director
karen.sellers@ky.gov

Richard House
Assistant Director
Richard.House@ky.gov

Taylor Brown
General Counsel
TaylorA.Brown@ky.gov



COMMONWEALTH OF KENTUCKY
# STATE BOARD OF ELECTIONS

*via USPS and email*

October 15, 2025

Michael E. Gates
Deputy Assistant Attorney General
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Ave, NW – 4CON
Washington, DC 20530
Michael.Gates2@usdoj.gov

Mr. Gates,

I write to you today on behalf of the Kentucky State Board of Elections ("SBE") to follow up on the letter I sent to you on August 22, 2025, which responded to the correspondence delivered to Kentucky Secretary of State Michael Adams on July 17, 2025, and August 14, 2025.

Your letter dated July 17, 2025, sought "[t]he current electronic copy of Kentucky's computerized statewide voter registration list" pursuant to 52 U.S.C. 20507(i).  The letter from your office dated August 14, 2025, aimed to further explain that you desired a copy of the Commonwealth's voter registration list that contained "the registrant's full name, date of birth, residential address, his or her state driver's license number or the last four digits of the registrant's social security number."

SBE's August 22, 2025, reply sought responses from your office to concerns about providing a voter registration list containing driver's license numbers or partial social security numbers.  As of today, SBE has not received the requested responses from your office.

Given that SBE has not received the requested clarification as to how DOJ is complying with its requirements under both the Privacy Act of 1974 and the Driver's License Protection Act, I will not be able to provide you with a statewide voter registration list containing driver's license numbers or partial social security numbers at this time. Nevertheless, it is SBE's position that 52 U.S.C. 20507(i) does require production of a copy of the statewide voter registration list that does not include the otherwise protected data.



140 WALNUT STREET
FRANKFORT, KY 40601-3240

AN EQUAL OPPORTUNITY EMPLOYER M/F/D
www.elect.ky.gov

PHONE (502) 573-7100
FAX (502) 573-4369
OR (502) 696-1952

As such, a copy of Kentucky's voter registration list that does not include driver's license numbers or partial social security numbers is being provided, per your previous instructions, to the email address voting.section@usdoj.gov, through the Commonwealth's secure file-sharing system, Moveit.  The file containing the voter registration list will be accessible through Moveit for the next 90 days.


 Sincerely,


Karen Sellers
Executive Director
Kentucky State Board of Elections