**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:26-cv-00019-GFVT |
| MICHAEL ADAMS, in his Official Capacity as Kentucky Secretary of State, *et al.* | |
| Defendant. | |

## Motion for Pro Hac Vice Admission of Sophia Lin Lakin

Sophia Lin Lakin moves the Court, under Local Rule 83.2 of the Eastern District of Kentucky, for an order permitting her to appear Pro Hac Vice to represent Intervening Defendants The League of Women Voters of Kentucky, the New Americans Initiative, Zitsi Mirakhur, and Joern Soltau, in this action. In support of this motion, Sophia Lin Lakin incorporates her declaration attached as Exhibit A and a proposed order attached as Exhibit B.

Respectfully Submitted,

/s Bethany N. Baxter
Bethany N. Baxter
Corey M. Shapiro
William E. Sharp
ACLU OF KENTUCKY FOUNDATION
325 W. Main Street, Suite 2210
Louisville, Kentucky 40202
(502) 581-9746 ext. 218
wsharp@aclu-ky.org
corey@aclu-ky.org
bbaxter@aclu-ky.org

Adriel I. Cepeda Derieux
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 457-0800
acepedaderieux@aclu.org

Theresa J. Lee
Sophia Lin Lakin
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org
slakin@aclu.org

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing on this the 10th day of March, 2026.

/s/ Bethany N. Baxter
Bethany N. Baxter