**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL ADAMS, in his Official Capacity as Kentucky Secretary of State, *et al.*<br><br>    Defendant. | No. 3:26-cv-00019-GFVT |

**<u>DECLARATION OF SOPHIA LIN LAKIN IN SUPPORT</u>**
**<u>OF HER MOTION FOR PRO HAC VICE ADMISSION</u>**

I, Sophia Lin Lakin, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1.      I am over 18 years of age and otherwise competent to make this declaration. The information in this declaration is based on my personal knowledge.

2.      I am an attorney at the American Civil Liberties Union Foundation.

3.      My email address is slakin@aclu.org , and my office phone number is (212) 549-2500.

4.      I am an active member in good standing of the bar of the State of New York (Bar No. 5182076). I am also an active member in good standing of the following federal courts: Supreme Court of the United States, U.S. Court of Appeals for the First Circuit, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the

Eighth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Tenth Circuit, U.S. Court of Appeals for the Eleventh Circuit, U.S. Court of Appeals for the District of Columbia Circuit, U.S. District Court for the Eastern District of Wisconsin, U.S. District Court for the District of Colorado, U.S. District Court for the Central District of Illinois, and U.S. District Court for the Western District of Wisconsin.

5.      I have never been disbarred, suspended from practice, or subject to any other disciplinary action by any court, Bar, or other admitting or licensing authority.

6.      I consent to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

7.      I have completed training for mandatory electronic case filing through the Court's Electronic Learning Modules (ELMs) at www.kyed.uscourts.gov/cmecf-train. I declare under penalty of perjury that the foregoing is true and correct.

Executed March 6, 2026 in New York, New York.

*/s/ Sophia Lin Lakin*
Sophia Lin Lakin