## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:26-cv-00019-GFVT |
| MICHAEL ADAMS, in his Official Capacity as Kentucky Secretary of State, *et al.* | |
| Defendant. | |

## ORDER GRANTING MOTION TO ADMIT
## SOPHIA LIN LAKIN PRO HAC VICE

The motion of Sophia Lin Lakin to appear in this action pro hac vice under Local Rule

83.2 of the Eastern District of Kentucky is GRANTED.

IT IS SO ORDERED on this the_____ day of _____, 2026.

_____

Gregory F. Van Tatenhove
United States District Judge