UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:26-cv-00019-GFVT |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL ADAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on two Motions filed by Proposed-Amicus Curiae Democratic National Committee (DNC).  [R. 15; R. 16.]  The DNC first moves for leave to file an *amicus brief* in support of Defendant State Board of Elections' pending motion to dismiss.  [R. 15.]  While no rule governs the issue at the district court level, it is generally accepted as being within the district court's discretion to permit the filing of an *amicus* brief.  *United States v. State of Michigan*, 940 F.2d 143, 165 (6th Cir. 1991).

The DNC explains that their brief is timely and will aid this Court in the resolution of this matter.  [R. 15 at 1-2.]  The DNC submits that the DNC would offer substantial expertise concerning the statutes at issue.  *Id.* at 2.  Further, the DNC notes that the United States takes no position on the motion, Defendant Michael Adams is unopposed to the motion, and Defendant State Board of Elections consents to the motion.  *Id.* at 3.

The DNC next moves for Attorney Daniel J. Freeman to appear *pro hac vice* in this action.  [R. 16.]  Upon review, the Court finds that the movant has tendered the required filing fees, and information regarding the attorney's admission status, disciplinary history, consent to jurisdiction, and ECF training.

Accordingly, and the Court being duly and sufficiently advised, it is hereby **ORDERED** as follows:

1. Democratic National Committee's Motion for Leave to file an *amicus curiae* brief **[R. 15]** is **GRANTED**;

2. The *amicus* brief tendered by Democratic National Committee **[R. 15-1]** is deemed filed on the date it was received by the Court and the Clerk of the Court is directed to file the tendered *amicus* brief in the record;

3. Democratic National Committee's Motion for Admission *pro hac vice* **[R. 16]** is **GRANTED**; and

4. Attorney Daniel J. Freeman is admitted *pro hac vice* as counsel for Democratic National Committee in the above-styled action.

This the 18th day of March, 2026.

Gregory F. Van Tatenhove
United States District Judge