UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:26-cv-00019-GFVT |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL ADAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

This matter is before the Court on a motion for leave to file an *amici* brief by Brennan Center for Justice and Campaign Legal Center. [R. 20.] Proposed-*Amici Curiae* seek to file a brief in support of Defendant State Board of Elections' pending motion to dismiss. *Id.* at 2. While no rule governs the issue at the district court level, it is generally accepted as being within the district court's discretion to permit the filing of an *amici* brief. *United States v. State of Michigan*, 940 F.2d 143, 165 (6th Cir. 1991). Proposed-*Amici* submit that the brief will "provide nationwide and constitutional context for the administration's demand for Kentucky's unredacted voter rolls," a perspective Proposed-*Amici* notes is not fully reflected in State Board of Elections' Motion to Dismiss. [R. 20 at 2.] Further, Proposed-*Amici* note that neither the United States, nor the Defendants are opposed to their motion. *Id.*

Accordingly, and the Court being duly and sufficiently advised, it is hereby **ORDERED** as follows:

1. The Motion for Leave to file an *amici curiae* brief **[R. 20]** is **GRANTED**;

2.  The *amicus* brief tendered by Brennan Center for Justice and Campaign legal Center

   **[R. 20-1]** is deemed filed on the date it was received by the Court and the Clerk of the

   Court is directed to file the tendered *amici* brief in the record.

This the 19th day of March, 2026.

Gregory F. Van Tatenhove
United States District Judge