# Exhibit 6

(EMAIL EXCHANGES)

| | |
|---|---|
| **From:** | jessica.marcum via Commonwealth of Kentucky FTP Notification Service |
| **To:** | Voting Section (CRT) |
| **Subject:** | [EXTERNAL] A Secure Message Is Waiting From The Commonwealth of Kentucky MOVEit System |
| **Date:** | Wednesday, October 15, 2025 4:21:33 PM |

## New Secure Message Notification From The Commonwealth of Kentucky MOVEit System

A secure message has been posted for you on the Commonwealth of Kentucky's MOVEit File Transfer application.

**From:** jessica.marcum
**Subject:** Requested Voter Registration Data

Your account information is as follows:

███████████████████

Email and files are encrypted and both upload and download services are available for doing business with the Commonwealth of Kentucky.

Please note that this is a temporary account and is subject to expire in 30 days. You will receive an email notifying you prior to the account's expiration at which time you can renew the subscription. Files on all Commonwealth MOVEit applications are retained for 90 days unless otherwise requested by your Agency contact.

Please use the following URL and your username/password to login and view this package. You will also be given the opportunity to compose a secure reply to this package. You will be required to change your password at first login.

( https://ftp.ky.gov/human.aspx?OrgID=8628&Arg12=message&Arg06=291201276&Arg08=o33srnh0hvatfrk6&username=voting.section%40usdoj.gov )

Regards,
Commonwealth of Kentucky FTP Notification Service

If you do not know the sender of this message, are unsure of why you are receiving this message or need assistance follow the instructions below for technical assistance.

### FOR TECHNICAL ASSISTANCE

Contact the Commonwealth Service Desk.
In the request for assistance, please include the following; username (shown above), telephone number, and a detailed description of any errors or messages received.

Email - Commonwealthservicedesk@ky.gov and cc: COTMOVEITFTP@ky.gov
Phone - 502-564-7576.

**Representatives From The Commonwealth of Kentucky Will *NEVER* Request Your Password.**

**You Should *NEVER* Divulge Your Password To Anyone For Any Reason.**

Regards,
Commonwealth of Kentucky FTP Notification Service

Commonwealth MOVEit File Transfer Application (https://ftp.ky.gov)
Commonwealth Office of Technology Webpage
MOVEit FTP User Guide

**Subject:** FW: MOU re: Complete Voter Roll Maintenance Information
**Attachments:** 20250814 Adams from CRT.pdf; VRLData Sharing Agreement DOJ-STATE.pdf

**From:** Neff, Eric (CRT) <Eric.Neff@usdoj.gov>
**Sent:** Tuesday, December 2, 2025 9:38 AM
**To:** karen.sellers@ky.gov
**Cc:** sos.secretary@ky.gov
**Subject:** MOU re: Complete Voter Roll Maintenance Information

Dear Executive Director Sellers,

I am the new point of contact for Voter Roll Maintenance communication. Please see the attached proposed MOU from the Department of Justice. This MOU in our opinion satisfies all reasonable concerns regarding privacy and data security. This MOU includes a request for compliance within 7 days of receipt of this communication. Compliance requires providing all records requested in previous communications with your Department, most notably our August 14 letter, which I have attached for your reference.

We appreciate your correspondence and what you have provided up to this point. Please do not hesitate to contact me with any questions or concerns.

Best,
Eric


**Eric Neff**
Trial Attorney
Civil Rights Division
Department of Justice
150 M St. NE, Ste. 8-139
Washington, DC 20002
Eric.Neff@usdoj.gov
Cell: 202-532-3628



# Voting Section (CRT)

**Subject:**            FW: MOU re: Complete Voter Roll Maintenance Information

---

**From:** Brown, Taylor (SBE) <TaylorA.Brown@ky.gov>
**Sent:** Tuesday, December 9, 2025 4:23 PM
**To:** Neff, Eric (CRT) <Eric.Neff@usdoj.gov>
**Cc:** Sellers, Karen R (SBE) <Karen.Sellers@ky.gov>; Adams, Michael G (SOS) <michaelg.adams@ky.gov>
**Subject:** [EXTERNAL] RE: MOU re: Complete Voter Roll Maintenance Information

Mr. Neff,

The Kentucky State Board o  Elections is in receipt o  your email  rom Tuesday, December 2, 2025, titled
"MOU re: Complete Voter Roll Maintenance In ormation."

Additionally, I have been in ormed that you have spoken with Assistant Secretary o  State Jenni
Scutchfield, who may have in ormed you that it is the Board who is tasked with voter list maintenance in
the Commonwealth.  As such, any MOU related to voter list maintenance requires approval by the Board
by a majority vote.  The Board is scheduled to meet again on Tuesday, December 16, 2025.  I  you have
any additional in ormation that you would like the Board to consider at that meeting, please  eel  ree to
send it to me at this email address.

Thanks,

Taylor Austin Brown
General Counsel
State Board o  Elections
140 Walnut Street
Frank ort, Kentucky 40601
(502) 782-9499
TaylorA.Brown@ky.gov

NOTICE TO UNINTENDED RECIPIENTS:  This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information
that is privileged or confidential.  It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named
addressee).  It is not to be copied or forwarded to any unauthorized persons.  If you have received this electronic mail transmission in error, delete it from your system
without copying or forwarding it, and notify the sender of the error by replying via email or by calling the Kentucky State Board of Elections at (502) 573-7100, so that our
address records can be corrected.

NOTICE TO RECIPIENTS OUTSIDE THE STATE BOARD OF ELECTIONS: Information contained in this email directed to members and/or employees of the Kentucky State
Board of Elections, including any accompanying attachments, may be privileged, confidential, and protected by Attorney-Client privilege. Persons who are not members
or employees of the Kentucky State Board of Elections should be aware of the following points: (1) You should consult your own lawyer, as I represent the SBE; (2) I am
not your attorney and anything you tell me is not confidential; (3) Any information provided in an email is NOT LEGAL ADVICE, should not be relied upon as legal advice,
and I do not consent to the creation of an attorney-client relationship between myself and you.  Any opinions expressed are mine alone and do not constitute policy or
opinion of the SBE.  BEFORE MAKING ANY PERSONAL OR BUSINESS DECISIONS, CONSULT WITH A PRIVATE ATTORNEY.

# Voting Section (CRT)

**Subject:**          FW: MOU re: Complete Voter Roll Maintenance Information

---

**From:** Neff, Eric (CRT)
**Sent:** Tuesday, December 9, 2025 4:41 PM
**To:** Brown, Taylor (SBE) <TaylorA.Brown@ky.gov>
**Cc:** Sellers, Karen R (SBE) <Karen.Sellers@ky.gov>; Adams, Michael G (SOS) <michaelg.adams@ky.gov>
**Subject:** RE: MOU re: Complete Voter Roll Maintenance Information

Thank you, and yes Ms. Scutchfield was very helpful in getting me up to speed on the process.

The DOJ believes its letter requests and the proposed MOU adequately state our position.  However, if it helps the Board's deliberations at all, I can add at this point that four states – Arkansas, Indiana, Kansas, and Wyoming – have already turned over the data and declined to sign an MOU to do so.  We agree that it is unnecessary, but we are offering it to all states regardless, as some have asked for it.  Texas has already signed it, and Missouri has orally indicated they are signing it today or tomorrow. States with Boards similar to yours – Wisconsin and South Carolina come to mind – have scheduled votes on it as well.

In addition, 21 states already provide this data to DHS to run through the SAVE database. I do not know whether Kentucky is one of those states or not.

If there are any questions you have leading up to the meeting, do not hesitate to contact me.

Thanks,
Eric