UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ADAMS, in his Official Capacity as KENTUCKY SECRETARY OF STATE and as CHIEF ELECTION OFFICIAL for the KENTUCKY STATE BOARD OF ELECTIONS, et al.,<br><br>Defendants. | CASE NO: 3:26-cv-00019-GFVT<br><br><br><br><br><br>PROPOSED ORDER GRANTING MOTION TO COMPEL PRODUCTION OF RECORDS PURSUANT TO THE CIVIL RIGHTS ACT OF 1960 |

**PROPOSED ORDER GRANTING MOTION TO COMPEL PRODUCTION OF RECORDS DEMANDED PURSUANT TO THE CIVIL RIGHTS ACT OF 1960**

The United States of America, by and through the Attorney General, filed this action pursuant to Title III of the Civil Rights Act of 1960 against the Kentucky Secretary of State as Kentucky's Chief Election Official and against the Kentucky State Board of Elections.

The United States seeks the production of certain federal election records, as specified in correspondence to the Kentucky Secretary of State and Kentucky State Board of Elections dated July 17, 2025 and August 14, 2025, including Kentucky's Statewide Voter Registration List, with all fields, including each registrant's full name, date of

1

birth, residential address, and either their state driver's license number, the last four digits of their Social Security number, or HAVA unique identifier as required by 52 U.S.C. § 21083.

Prior to filing this action, the United States complied with the demand provisions of Title III, 52 U.S.C. § 20703.

The Defendants acknowledge receipt of the demand but have not provided the federal election records.

The United States filed a Motion to Compel the production of those records on March 26, 2026.

Based upon the entire record in this matter, it is ORDERED that the Defendants shall comply with the United States' Title III demand by providing the federal election records, including Kentucky's Statewide Voter Registration List, with all fields, within five days of the entry of this Order.