IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CASE NO: 3:26-cv-00019-GFVT

(*electronically filed*)

UNITED STATES OF AMERICA                                    PLAINTIFF

v.

MICHAEL ADAMS, et al.,                                      DEFENDANTS

## ORDER GRANTING DISMISSAL

On Motion to Dismiss, filed by Jefferson County Clerk, David Yates, and the Court

having considered Clerk Yates' Motion, and the Court being otherwise fully advised, it is hereby

**ORDERED** that the Motion to Dismiss is **GRANTED**.

It is so **ORDERED** this _____day of _____ 2026.

_____
Hon. Judge Gregory F. VanTatenhove
U.S. District Court for the Eastern
District of Kentucky