UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )        Civil No. 3:26-cv-00019-GFVT
                                    )
v.                                  )
                                    )        **ORDER**
MICHAEL ADAMS, *et al.*,            )
                                    )
        Defendants.                 )

*** *** *** ***

This matter is before the Court on a joint motion of the parties for a consolidated briefing schedule. [R. 31.] On February 26, 2026, the United States initiated this action against Kentucky Secretary of State, Michael Adams, and members of the Kentucky State Board of Elections. [R. 1.] There are now several pending motions to intervene, motions to dismiss, and proposed motions to dismiss, as well as a potentially dispositive motion to compel filed by the United States. [R. 3; R. 8; R. 9; R. 17; R. 25; R. 26; R. 29.] The parties have conferred and agree that the consolidation of the briefing deadlines on pending and future motions will facilitate argument on and resolution of such motions. [R. 31.]

Accordingly, and the Court being duly and sufficiently advised, it is hereby **ORDERED** as follows:

1. The Motion for Consolidated Briefing Schedule **[R. 31]** is **GRANTED**;

2. All Motions to Dismiss the Complaint shall be filed no later than **March 31, 2026**;

3. The United States shall file a consolidated response to all pending Motions to Dismiss by no later than **April 15, 2026**;

4. The United States' consolidated response shall not exceed **forty (40) pages** without further leave of Court;

5. The Defendants and Proposed-Intervenors shall each file any combined response to the Motion to Compel and Reply to their respective Motions to Dismiss by no later than **April 30, 2026**; and

6. Defendants' and Proposed-Intervenors' combined Response/Reply may not exceed **forty (40) pages** without further leave of Court.

This the 31st day of March, 2026.

Gregory F. Van Tatenhove
United States District Judge