**Declaration of Jennifer A. Jackson, M.D.**
**President of the League of Women Voters of Kentucky**

Pursuant to 28 U.S.C. § 1746, I, Jennifer A. Jackson, M.D., hereby declare as follows:

1. I have personal knowledge of the matters set forth in this declaration, and if called as a witness in court, I would testify truthfully and competently to the facts stated herein.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I am a resident of and registered voter in Fayette County, Kentucky.

4. From June, 2023 to present, I have served as President of The League of Women Voters of Kentucky, Inc., a 501(c)(3) organization and The League of Women Voters of Kentucky Special Projects Fund, Inc., a 501(c)(4) organization, both Kentucky non-profit corporations (together "LWVKY").

5. The LWVKY is a non-partisan organization that promotes the informed and active participation of Kentuckians in government through study and action and works to secure a stable democracy where citizens' voting rights are protected and defended, and every person has the desire, knowledge, opportunity, liberty and confidence to participate in the democratic process.

6. The LWVKY is headquartered in Louisville, was founded in 1920, has five membership chapters, as well as members at large, totaling approximately 578 individual members, and is a state affiliate of the League of Women Voters.

7. LWVKY carries out its mission by conducting voter registration, education, and get-out-the-vote efforts. LWVKY conducts voter-registration drives, staffs non-partisan voter registration tables at naturalization ceremonies, and utilizes tabling, nonpartisan canvassing, advertising, mailings and text banking, to encourage more Kentuckians to register to vote and exercise their right to vote.

8. LWVKY members include Kentucky voters whose personal data would be provided to the federal government if the United States gets the sensitive data it seeks through this litigation. LWVKY is concerned that its members may be improperly deemed ineligible to vote, particularly if they are naturalized citizens, voters with prior felony convictions, or voters who have recently changed their address.

9. LWVKY's membership also includes individuals who have experienced sexual assault and their immediate family members; reproductive health service patients; and other Kentuckians who have a heightened need for and right to privacy as to their personal information.

10. Our work to educate, assist, and empower voters is significantly impaired when voters are fearful about exercising their rights. We have seen people are already very concerned about their privacy and express hesitation about disclosing personal information such as Social Security numbers. The federal government's efforts to obtain sensitive voter data at issue in this case will impact LWVKY's ability to carry out its mission because it will be more difficult to convince individuals to register to vote.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2026

*Jennifer A. Jackson, M.D.*    03/05/2026
_____
Jennifer A. Jackson, M.D.
*In her official capacity as President of The*
*League of Women Voters of Kentucky, Inc.*
*and The League of Women Voters of Kentucky*
*Special Projects Fund, Inc.*