**DECLARATION OF NIRUPAMA KULKARNI**

Pursuant to 28 U.S.C. § 1746, I, Nirupama  Kulkarni, hereby declare as follows:

1. I have personal knowledge of the matters set forth in this declaration, and if called as a witness in court, I would testify truthfully and competently to the facts stated herein.

2. My name is Nirupama Kulkarni. I am a resident of the Commonwealth of Kentucky. Further, I am an eligible, registered voter in the Commonwealth of Kentucky.

3. I am the Executive Director of New Americans Initiative ("NAI"), and I submit this declaration in support of NAI's motion to intervene in the case of *U.S.A. v. Adams*, *et al.*, no. 3:26-cv-00019-GFVT.

4. NAI is a non-partisan, nonprofit organization devoted to the mission of making space for the voices of foreign-born Kentuckians in the electoral process, which includes aiding immigrant and refugee communities in pursuing pathways to citizenship, registering naturalized citizens to vote, and by keeping naturalized citizens engaged and active in our electoral process.

5. NAI seeks to promote its objectives by conducting legal clinics and workshops for foreign-born Kentuckians who are eligible for green cards and naturalization, and by conducting outreach through civil engagement, community organizing, and public education advocacy.

6. I have been involved as the Executive Director of NAI since 2015.

7. In my current role, I provide strategic leadership and work closely with the board to guide planning and governance.

8. NAI, based on its experience interacting and working with foreign-born Kentuckians, including those foreign-born Kentuckians who are naturalized U.S. citizens and are registered voters, maintains that the disclosure of individuals' sensitive personal information, as is sought in this litigation, would exacerbate reluctance on the part of those individuals to participate in the electoral process due to fears that their sensitive personal information would be disclosed to the federal government.

9. NAI also maintains that these same immigrant communities also harbor reasonable concerns that the disclosure of their sensitive personal information to the federal government may be used to remove foreign-born Kentuckians who are naturalized

citizens from the voter rolls, or may be shared with outside organizations for that purpose.

10. These risks and concerns would significantly and negatively impact NAI's mission and work, including one of its core mission of keeping naturalized citizens engaged and active in our electoral process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 5, 2026, in Louisville, Kentucky.

Nirupama Kulkarni