**Declaration of Joern Soltau**

Pursuant to 28 U.S.C. § 1746, I, Joern Soltau, hereby declare as follows:

1. I have personal knowledge of the matters set forth in this declaration, and if called as a witness in court, I would testify truthfully and competently to the facts stated herein.
2. I am 65 years old and am otherwise competent to testify.
3. I reside in Crestwood, Kentucky.
4. I was born in Hong Kong to German parents, and was a German citizen from birth.
5. I am a board-certified Ophthalmologist and came to the United States in 1990 to work and do research.
6. In Kentucky I met my wife, a U.S. Citizen, who was born in the United States.
7. I became a U.S. permanent resident in 1992, and in 2008 I became a naturalized citizen at World Fest in Louisville.
8. I decided to become a U.S. citizen after travelling to Washington, D.C. with the American Glaucoma Society conference. This conference included an advocacy day, and I was able to meet with my Senators and Representatives. Meeting with my legislators was inspiring, and I was struck by how amazing it is to live in a country where citizens can actively participate in the legislative process.
9. I also decided to become a U.S. citizen because I wanted to participate in state and federal elections, and have a voice in who represents me.
10. I consider myself an avid voter, and I have voted in every general and primary election since becoming a citizen in 2008.
11. After learning that the Department of Justice requested sensitive voter data from Kentucky, I became very concerned that the federal government may use this information to revoke citizenship for naturalized citizens like myself, or remove eligible voters from registration lists.
12. The privacy of my personal data and the integrity of the electoral system are very important to me. I am worried that the federal government's access to the requested sensitive voter data may be result in voter suppression, particularly from naturalized citizens who may be more vulnerable than U.S. citizens born in the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2026

Joern Soltau