UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:26-cv-00019-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL ADAMS, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the Defendants' Motions to Dismiss and the Plaintiff's Motion to Compel. [R. 9; R. 26; R. 29; R. 33; R. 36; R. 38.] In its discretion, the Court will hold a hearing on the matter. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that a hearing on the Motions is **SCHEDULED** for **Thursday, June 4, 2026,** at the hour of **2:30 p.m.** before Judge Van Tatenhove at the United States Courthouse in **Frankfort**, Kentucky.

This the 21st day of April, 2026.

Gregory F. Van Tatenhove
United States District Judge