# EXHIBIT 1

**(b)(5)**

**4) Status of DOJ agreement with DHS to use SAVE system**

- On July 1, 2025, DOJ entered into an agreement with DHS to use SAVE.  Pursuant to the agreement, DOJ will send its list to SAVE for review.

**(b)(5)**

4

CREW v. DOJ – CRT – 000828