# EXHIBIT 2

On Jun 5, 2025, at 11:01 AM, Gates, Michael (CRT) <[_____(b)(6)_____]> wrote:

Harmeet, we would like to contact DHS to see if we can get access to the SAVE database.  We look to you for your recommendation on how to go about this.

**Michael E. Gates**
Deputy Assistant Attorney General
U.S. Department of Justice, Civil Rights Division

---

**From:** Riordan, Maureen (CRT) <[_____(b)(6)_____]>
**Sent:** Thursday, June 5, 2025 10:59 AM
**To:** Gates, Michael (CRT) <[_____(b)(6)_____]>
**Subject:** Request for access to DHS data base.

According to the DHS website, the SAVE database has been updated and integrated to optimize stakeholders to determine the citizenship of voters and federal program recipients.
The Voting Section at CRT would like access to this database. Additionally, we should advise states of its availability and inform them that their voter lists should be run against the database when available to them as part of their list maintenance responsibilities under the NVRA and HAVA

Maureen S. Riordan
Senior Counsel
Acting Chief Voting Section Civil Rights Division
[_____(b)(6)_____]
[____(b)(6)____]

CREW v. DOJ – CRT – 000752