# EXHIBIT 3

**From:** Braniff, Andrew (CRT) [＿＿＿＿＿(b)(6)＿＿＿＿＿]
**Sent:** 1/13/2026 2:53:09 PM
**To:** Osete, Jesus (CRT) [＿＿＿＿＿(b)(6)＿＿＿＿＿]
**CC:** Zandi, Matt (CRT) [＿＿＿＿＿(b)(6)＿＿＿＿＿]; Neff, Eric (CRT) [＿＿＿＿＿(b)(6)＿＿＿＿＿]
**Subject:** DOJ SAVE VV MOA Draft_DHS 010926.agb1.13
**Attachments:** DOJ SAVE VV MOA Draft_DHS 010926.agb1.13.docx

I think we are good on this. Eric has reviewed. Our only edit going back is to remove "Voting Section" from the title and first paragraph since Crim Section may have some uses for the data as well once we get results from SAVE.

Upon you approval I can send back to DHS with our last edits and get it signed!

Andy

CREW v. DOJ – CRT – 001182