# EXHIBIT 4

| | |
|---|---|
| **From:** | Neff, Eric (CRT) [ (b)(6) ] (b)(6) |
| **Sent:** | 11/18/2025 11:01:54 PM |
| **To:** | Osete, Jesus (CRT) [ (b)(6) ]; Riordan, Maureen (CRT) [ (b)(6) @usdoj.gov] |
| **CC:** | Zandi, Matt (CRT) [ (b)(6) ] |
| **Subject:** | RE: Letters from Secretaries of State to DOJ and DHS |

This is likely fishing to try to trap us with contradictory statements later (or tomorrow, as CA is one of the states) in court. The claim that data has been shared with DHS has no citation and is too vague to even know what they are referring to.

I believe our reply should always be: "We will use the data in a manner consistent with Federal law" and say nothing more. HAVA, NVRA, CRA – none of them require to give the states information about what we are going to do with the data. No judge will have authority to limit us beyond a promise of Federal law compliance.

**duplicated in**

**CREW v. DOJ - CRT - 001155-001158**

CREW v. DOJ – CRT – 001163