UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:26-cv-00019-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL ADAMS, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

*** *** *** ***

Pursuant to 28 U.S.C. § 455, the undersigned hereby exercises his discretion to recuse from the above-styled action. General Order No. 25-16 indicates that, in the event of the undersigned's recusal from a Frankfort civil case, "the matter shall be reassigned to Judge Boom." Gen. Order 25-16(3)(C). Accordingly, it is hereby **ORDERED** that this matter be reassigned pursuant to the guidelines set forth in the General Order and as stated above. Additionally, the motion hearing in this matter, scheduled for **Thursday, June 4, 2026**, is hereby **CANCELLED**.

This the 7th day of May, 2026.

Gregory F. Van Tatenhove
United States District Judge