**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**
**CASE NO. 3:26-cv-00019-CHB**

THE UNITED STATES OF AMERICA                                    PLAINTIFF

v.

KENTUCKY STATE BOARD OF ELECTIONS, *et al.*                    DEFENDANTS

---

**KENTUCKY STATE BOARD OF ELECTIONS'**
**NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF ITS MOTION TO DISMISS**

---

The State Board of Elections submits this Notice of Supplemental Authority in support of its Motion to Dismiss [DE 9]. Yet another federal court agrees with the Board that it has no obligation to produce its statewide voter registration list.[1]

The State Board of Elections has asked this Court to dismiss the "demand" for the Commonwealth's voter files. Courts across the country have done exactly that. Now, yet another Court has dismissed the same claim that the Department brought against Wisconsin. There, the United States District Court for the Western District of Wisconsin concluded "that voter registration lists are not documents subject to production under Title III," and that it was thus "unnecessary to decide whether the government has complied with the other statutory requirements to demand records."

This Court should join the growing ranks of courts across the Country to reject the Attorney General's unlawful demand.

---

[1]  *See United States v. Wisconsin Elections Commission, ---F. Supp.3d----,* No. 3:25-cv-01036, 2026 WL 1430354 (W.D. Wisconsin, May 21, 2026), attached as **Exhibit 1** for this Court's convenience.

Respectfully submitted,

*/s/ Carmine Gennaro Iaccarino*

Carmine G. Iaccarino
Emma J. Redinger
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
Telephone No.: (859) 255-8581
Facsimile No.: (859) 231-0851
Carmine@sturgillturner.com
ERedinger@sturgillturner.com

&

Taylor Austin Brown
  *General Counsel*
State Board of Elections
140 Walnut Street
Frankfort, Kentucky 40601
TaylorA.Brown@ky.gov
*Counsel for the State Board of Elections and each of its members in their official capacities as Board members*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I filed this Notice with the Clerk of this Court using the Court's CM/ECF system, which will send notification to all registered parties.

*/s/ Carmine Gennaro Iaccarino*
*Counsel for the State Board of Elections and each of its members in their official capacities as Board members*

2