# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>*v.*<br><br>MICHAEL ADAMS, in his Official Capacity as KENTUCKY SECRETARY OF STATE and as CHIEF ELECTION OFFICIAL for the KENTUCKY STATE BOARD OF ELECTIONS; ROSS OWENS, III in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; ERIC FARRIS in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; JOHN BROWN, III in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; SUE PERRY in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; DEANNA BRANGERS in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; CORY SKOLNICK in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; DWIGHT SEARS in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; JULIE GRIGGS in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER,<br><br>*Defendants*. | Case No. 3:26-cv-00019-GFVT |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE KENTUCKY ALLIANCE FOR RETIRED AMERICANS' MOTION TO DISMISS

Intervenor-Defendant the Kentucky Alliance for Retired Americans hereby provides the Court notice of supplemental authority supporting its Motion to Dismiss and Response in Opposition to Plaintiff's Motion to Compel. *See generally* Dkt. Nos. 38, 46. In addition to the decision yesterday from a federal court in Wisconsin, noted by the State Board in its notice of supplemental authority, ECF No. 52, on that same day yet another federal district court in Maine joined the unanimous consensus of courts rejecting DOJ's efforts to obtain states' unredacted voter files, dismissing DOJ's suit seeking its list in that state. *See generally United States v. Bellows*, No. 25-cv-468, 2026 WL 1430481 (D. Me. May 21, 2026), ECF No. 114 (**Exhibit A**). In total, eight federal courts have now concluded that DOJ has failed to state a valid claim for relief in parallel cases seeking from different states the same relief sought here of Kentucky. *See* Dkt. No. 46 at 1–2 (listing cases); *see also United States v. Wis. Elections Comm'n*, No. 25-cv-1036, 2026 WL 1430354 (W.D. Wis. May 21, 2026).

In *Bellows*, the court dismissed DOJ's complaint on two independent grounds, Ex. A at 14: first, it concluded that the unredacted state voter registration list "is not a record that comes into the possession of state officials" under the Civil Rights Act of 1960 ("CRA"), *id.*; and second, it found that, even if the CRA reached the voter registration list, assessing compliance with list maintenance is not a proper purpose under the CRA, in light of its context and the structure and text of the NVRA and HAVA, which "create a comprehensive scheme . . . for the enforcement of" their list maintenance requirements. *Id*. at 17. If DOJ "wants to enforce HAVA and the NVRA," it must use the "investigation and enforcement mechanisms that Congress provided in those statutes—which do not contemplate production of the unredacted computerized list to the Attorney General." *Id*. at 18. The Alliance advances both of these arguments. *See* Dkt. 46 at 20–21 (arguing Title III covers "documents like voter application forms submitted by voters—but not . . . the interactive, and ever-changing computerized databases maintained by election officials, like

1

Kentucky's voter list"); *id*. at 14–19 (making purpose argument); *see also* Dkt. 38 at 12–14, 17–20 (same).

Dated: May 22, 2026                              Respectfully submitted,

**TRUE GUARNIERI AYER, LLP**

*/s/ J. Guthrie True*
J. Guthrie True
124 West Clinton Street
Frankfort, KY  40601
Telephone:  (502) 605-9900
Facsimile:  (502) 605-9901
E-mail: gtrue@truelawky.com

**ELIAS LAW GROUP LLP**

Elisabeth Frost
Lucas Lallinger
Tina Meng Morrison
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
efrost@elias.law
llallinger@elias.law
tmengmorrison@elias.law
Tel: (202) 968-4490

*Counsel for Intervenor the Kentucky Alliance*
*for Retired Americans*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on all counsel of record this 22nd day of May, 2026, by filing a copy of the same with the Electronic Court Filing System of the United States District Court for the Eastern District of Kentucky.


/s/ J. Guthrie True
Counsel for Intervenor