**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>*v.*<br><br>MICHAEL ADAMS, in his Official Capacity as KENTUCKY SECRETARY OF STATE and as CHIEF ELECTION OFFICIAL for the KENTUCKY STATE BOARD OF ELECTIONS; ROSS OWENS, III in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; ERIC FARRIS in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; JOHN BROWN, III in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; SUE PERRY in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; DEANNA BRANGERS in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; CORY SKOLNICK in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; DWIGHT SEARS in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; JULIE GRIGGS in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER,<br><br>*Defendants*. | Case No. 3:26-cv-00019-GFVT |

**NOTICE OF SECOND SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE**
**KENTUCKY ALLIANCE FOR RETIRED AMERICANS' MOTION TO DISMISS**

Intervenor-Defendant the Kentucky Alliance for Retired Americans respectfully provides the Court notice of supplemental authority supporting its pending Motion to Dismiss. *See* Dkt Nos. 38, 46. In a decision issued yesterday, a federal district court dismissed DOJ's parallel suit seeking Maryland's unredacted statewide voter registration list ("SVRL") and denied DOJ's motion to compel. *See United States v. DeMarinis*, No. 25-cv-3934-SAG, 2026 WL 1780586 (D. Md. June 18, 2026) (docketed on June 22, 2026).

The district court first found that, under *United States v. Powell*, 378 U.S. 48 (1964), the Federal Rules of Civil Procedure governed the instant matter, and thus DOJ's complaint could be dismissed under Rule 12(b)(6). *DeMarinis*, 2026 WL 1780586, at *3. Applying that standard, the court proceeded to conclude that Maryland's SVRL does not constitute a record or paper that "come[s] into [the] possession" of the State and thus is not subject to production pursuant to 52 U.S.C. § 20701. *Id.* at *4–5. The court also noted that DOJ's proffered interpretation of § 20701 would necessarily conflict with an adjacent provision, 52 U.S.C. § 20702, which criminalizes the alteration of any record or paper covered by § 20701. *Id.* at *5. Because the National Voter Registration Act (NVRA) and Help America Vote Act (HAVA) "require an SVRL's constant alteration," the court found that the United States' proposed interpretation would "criminalize the same conduct that the NVRA and HAVA require." *Id*. It declined to read the CRA "to produce such an absurd result." *Id*. The court granted the defendant's and intervenors' motions to dismiss, denied DOJ's motion to compel, and dismissed the case with prejudice. *Id.* at *5–6.

Nine district courts have now dismissed DOJ's complaints in these matters; not one has found it to have stated a valid claim. These decisions support Intervenor-Defendant's position that this action should be dismissed. *See* Dkt Nos. 38, 46.

Dated: June 23, 2026                          Respectfully submitted,

                                              **TRUE GUARNIERI AYER, LLP**

                                              */s/ J. Guthrie True*
                                              J. Guthrie True
                                              124 West Clinton Street
                                              Frankfort, KY 40601
                                              Tel: (502) 605-9900
                                              Fax: (502) 605-9901
                                              E-mail: gtrue@truelawky.com

                                              **ELIAS LAW GROUP LLP**

                                              Elisabeth Frost*
                                              Lucas Lallinger*
                                              Tina Meng Morrison*
                                              250 Massachusetts Avenue NW, Suite 400
                                              Washington, D.C. 20001
                                              efrost@elias.law
                                              llallinger@elias.law
                                              tmengmorrison@elias.law
                                              Tel: (202) 948-1135

                                              *Admitted *pro hac vice*

                                              *Counsel for Intervenor the Kentucky Alliance
                                              for Retired Americans*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on all counsel of record this 23rd day of June, 2026, by filing a copy of the same with the Electronic Court Filing System of the United States District Court for the Eastern District of Kentucky.

*/s/ J. Guthrie True*___
Counsel for Intervenor