# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## FRANKFORT DIVISION
### CASE NO. 3:26-cv-00019-CHB

THE UNITED STATES OF AMERICA                              PLAINTIFF

v.

KENTUCKY STATE BOARD OF ELECTIONS, *et al.*              DEFENDANTS

---

## KENTUCKY STATE BOARD OF ELECTIONS'
## NOTICE OF SUPPLEMENTAL AUTHORITY
## IN SUPPORT OF ITS MOTION TO DISMISS

---

The State Board of Elections submits yet another Notice of Supplemental Authority in support of its Motion to Dismiss [DE 9]. In *United States of America v. Al Schmidt*, yet another federal court agrees: federal law creates no obligation to produce a statewide voter registration list to the Department of Justice on its demand.

In *Schmidt*, the United States District for the Western District of Pennsylvania summed it up: the Department's nationwide efforts to obtain "unfettered access" to highly sensitive personal identifiers held within each States' voter rolls "have been rebuked by every court to consider them. There have been nine rejections by district courts, one in circuit court—and counting. As for adverse rulings in the district courts, this will make ten."[1] In *Schmidt*, the Court explained that the Department had failed "to demonstrate entitlement to Pennsylvania voters' personal identifiers under the NVRA or HAVA," and dismissed the Department's claim under the Civil Rights Act because it had "sued in the wrong place."[2]

---

[1]     *United States of America v. Al Schmidt*, Case No. 2:25-cv-01481 (slip opinion), attached as **Exhibit** 1.

[2]     *Id.* at 2 (citing 52 U.S.C. § 20705 (the district court "in which a demand is made, or in which a record or paper so demanded is located, shall have jurisdiction" (cleaned up) and noting the Department concession that the records are located, and the request was made, in the Middle District of Pennsylvania).

This Court should do what every other court to consider this issue has done: dismiss the United States' Complaint.

Respectfully submitted,

/s/ Carmine Gennaro Iaccarino
Carmine G. Iaccarino
Emma J. Redinger
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
Telephone No.: (859) 255-8581
Facsimile No.: (859) 231-0851
Carmine@sturgillturner.com
ERedinger@sturgillturner.com

&

Taylor Austin Brown
 General Counsel
State Board of Elections
140 Walnut Street
Frankfort, Kentucky 40601
TaylorA.Brown@ky.gov

*Counsel for the State Board of Elections and each of its members in their official capacities as Board members*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, I filed this Notice with the Clerk of this Court using the Court's CM/ECF system, which will send notification to all registered parties.

/s/ Carmine Gennaro Iaccarino
*Counsel for the State Board of Elections and each of its members in their official capacities as Board members*

2