# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA,

   *Plaintiff*,

   *v.*

MICHAEL ADAMS, in his Official Capacity as KENTUCKY SECRETARY OF STATE and as CHIEF ELECTION OFFICIAL for the KENTUCKY STATE BOARD OF ELECTIONS; ROSS OWENS, III in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; ERIC FARRIS in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; JOHN BROWN, III in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; SUE PERRY in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; DEANNA BRANGERS in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; CORY SKOLNICK in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; DWIGHT SEARS in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; JULIE GRIGGS in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER,

   *Defendants*.

Case No. 3:26-cv-00019-CHB

**NOTICE OF THIRD SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE KENTUCKY ALLIANCE FOR RETIRED AMERICANS' MOTION TO DISMISS**

Intervenor-Defendant the Kentucky Alliance for Retired Americans ("the Alliance") respectfully provides the Court notice of supplemental authority supporting its pending Motion to Dismiss. *See* Dkt Nos. 38, 46. In a decision issued yesterday, a federal district court in New Hampshire dismissed DOJ's parallel lawsuit seeking the state's unredacted statewide voter registration list ("SVRL"). *See United States v. Scanlan*, No. 25-cv-371-JL, 2026 WL 1864054 (D.N.H. June 29, 2026).

The New Hampshire court concluded that DOJ's demand under Title III of the Civil Rights Act ("CRA") was facially invalid because it failed to state a basis—an "evidentiary or factual predicate"—for its request. *Id.* at *7–8. The court found that DOJ's statement that the demand was made pursuant to the Attorney General's "authority to enforce" the Help America Vote Act and Title III failed because it conflated the legal authority under which the Attorney General purported to act with the CRA's independent requirement that the demand state its basis. *Id.* at *7. The Alliance presented this same argument as a ground to dismiss DOJ's complaint in this case. *See* Dkt No. 38 at 12–16 (arguing DOJ failed to state a basis and appropriate purpose for its request).

The court also held that because Title III applies only to records or papers that "come into [election officials'] possession," it cannot reach records that officials themselves "have created and thus have always possessed." *Scanlan*, 2026 WL 1864054, at *4. The Alliance made this argument in its motion to dismiss briefing as well. *See* Dkt. No. 46 at 23 n.12. Finally, the court also rejected many of the same counterarguments DOJ advanced here, such as its contention that the phrase "come into possession" creates a "temporal" distinction. *Scanlan*, 2026 WL 1864054, at *5–6; *see* Dkt No. 39 at 17.

For these reasons, the court granted the defendant's and intervenors' motions to dismiss. *Scanlan*, 2026 WL 1864054, at *9–10. DOJ's arguments have now been unanimously rejected by

2

twelve federal courts, including one court of appeals. These decisions support the Alliance's position that this action should be dismissed. *See* Dkt Nos. 38, 46.

Dated: June 30, 2026

Respectfully submitted,

**TRUE GUARNIERI AYER, LLP**

*/s/ J. Guthrie True*
J. Guthrie True
124 West Clinton Street
Frankfort, KY 40601
Tel: (502) 605-9900
Fax: (502) 605-9901
E-mail: gtrue@truelawky.com

**ELIAS LAW GROUP LLP**

Elisabeth Frost*
Lucas Lallinger*
Tina Meng Morrison*
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
efrost@elias.law
llallinger@elias.law
tmengmorrison@elias.law
Tel: (202) 948-1135

*Admitted *pro hac vice*

*Counsel for Intervenor the Kentucky Alliance for Retired Americans*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been served on all counsel of record this 30th day of June, 2026, by filing a copy of the same with the Electronic Court Filing System of the United States District Court for the Eastern District of Kentucky.

*/s/ J. Guthrie True*
Counsel for Intervenor
