**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>*v.*<br><br>MICHAEL ADAMS, in his Official Capacity as KENTUCKY SECRETARY OF STATE and as CHIEF ELECTION OFFICIAL for the KENTUCKY STATE BOARD OF ELECTIONS; ROSS OWENS, III in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; ERIC FARRIS in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; JOHN BROWN, III in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; SUE PERRY in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; DEANNA BRANGERS in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; CORY SKOLNICK in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; DWIGHT SEARS in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; JULIE GRIGGS in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER,<br><br>*Defendants*. | Case No. 3:26-cv-00019-CHB |

**SIXTH NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE KENTUCKY ALLIANCE FOR RETIRED AMERICANS' MOTION TO DISMISS**

Intervenor-Defendant the Kentucky Alliance for Retired Americans ("the Alliance") respectfully provides the Court with notice of a new federal district court opinion as supplemental authority supporting the Alliance's pending Motion to Dismiss and its Opposition to the Department of Justice's ("DOJ") Motion to Compel. *See* Dkt. Nos. 38, 46.

On July 17, 2026, the United States District Court for the District of Connecticut dismissed DOJ's parallel suit seeking Connecticut's unredacted statewide voter registration list (SVRL) and denied DOJ's motion to compel. *See United States v. Thomas*, No. 3:26-CV-21, 2026 WL 2070437 (D. Conn. July 17, 2026). DOJ's arguments have now been unanimously rejected by seventeen federal courts, including one court of appeals.

The Connecticut court concluded that the SVRL was not a record or paper within the meaning of the Civil Rights Act (CRA) because it did not "come into [the] possession" of a state officer of election. *Id*. at *5–6 (collecting cases). The court found that the SVRL—a document that is "constantly being updated"—"is a document *created* by the [State]," rather than one that state officials receive as part of the registration process. *Id*. at *5. The court found that this established "conclusively that [the SVRL] does not fall within the scope of [the CRA's] preservation mandate." *Id*. Because the SVRL "does not fall within the scope of Title III, the United States is not entitled to its production." *Id*. at *3.

The court's conclusion "[was] further compelled" by the criminal penalties in Section 20702 of the CRA, which prohibit the altering of any record subject to production under the Act. *Id*. at *6. The court declined to read the SVRL as a record or paper because, pursuant to "the [National Voter Registration Act] and the [Help America Vote Act], the SRVL is constantly being 'altered.'" *Id*. Construing the SVRL as a record "would place election officials in violation of one federal law for trying to comply with others." *Id*. (quoting *United States v. Benson*, 179 F.4th 470,

480 (6th Cir. 2026)). The Alliance presented these same arguments in support of its Motion to Dismiss and Opposition to DOJ's Motion to Compel here. *See, e.g.*, Dkt No. 46 at 21–22, 23 n.12.

This is the seventeenth federal court to find that DOJ has failed to state a claim. This decision further supports the Alliance's position that this action should be dismissed. *See* Dkt Nos. 38, 46.

Dated: July 20, 2026

Respectfully submitted,

**TRUE GUARNIERI AYER, LLP**

*J. Guthrie True*
J. Guthrie True
124 West Clinton Street
Frankfort, KY 40601
Tel: (502) 605-9900
Fax: (502) 605-9901
E-mail: gtrue@truelawky.com

**ELIAS LAW GROUP LLP**

Elisabeth Frost*
Lucas Lallinger*
Tina Meng Morrison*
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
efrost@elias.law
llallinger@elias.law
tmengmorrison@elias.law
Tel: (202) 948-1135

*Admitted *pro hac vice*

*Counsel for Intervenor the Kentucky Alliance for Retired Americans*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served on all counsel of record this 20th day of July 2026, by filing a copy of the same with the Electronic Court Filing System of the United States District Court for the Eastern District of Kentucky.

*J. Guthrie True*
Counsel for Intervenor

4