AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-00019-CHB-EBA |
| Michael Adams | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                      .

Date:    07/24/2026

/s/ James Thomas Tucker
*Attorney's signature*

James Thomas Tucker (DC Bar No. 90010157)
*Printed name and bar number*

U.S. Department of Justice, Civil Rights Division, VOT
4 Constitution Square
150 M Street, N.E., Room 8.193
Washington, D.C. 20530

*Address*

james.t.tucker@usdoj.gov
*E-mail address*

(202) 307-2767
*Telephone number*

*FAX number*