# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| MICHAEL ADAMS, et al., | Case No. 3:26-CV-00019-CHB |
| Defendants. | |

## NOTICE OF APPEAL

Plaintiff United States of America, by and through the Acting Attorney General, appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Memorandum Opinion and Order granting the Defendants' and Intervenor-Defendants' Motions to Dismiss and denying the United States' Motion to Compel (ECF 66) and Judgment (ECF 67) entered in this action on July 23, 2026.

Dated: July 24, 2026

Respectfully submitted:


PAUL C. MCCAFFREY
Assistant U.S. Attorney
Eastern District of Kentucky

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

2

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section

ANDREW G. BRANIFF
Acting Chief, Appellate Section


*/s/ James Thomas Tucker*
JAMES THOMAS TUCKER
JOSEPH W. VOILAND
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Telephone: (202) 307-2767
Email: james.t.tucker@usdoj.gov

Attorneys for the United States of America

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

Respectfully submitted,

*/s/ James Thomas Tucker*
James Thomas Tucker