**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  July 24, 2026

Mr. Carmine Gennaro Iaccarino
Sturgill, Turner, Barker & Moloney
333 W. Vine Street
Suite 1500
Lexington, KY 40507

Ms. Sarah Jessica Martin
Jefferson County Attorney's Office
Civil Division
531 Court Place
Suite 900
Louisville, KY 40202

Ms. Jennifer Schwartz Scutchfield
Kentucky Secretary of State Office
700 Capital Avenue
Suite 152
Frankfort, KY 40601

Mr. Corey M. Shapiro
ACLU of Kentucky
325 W. Main Street
Suite 2210
Louisville, KY 40202

Mr. J. Guthrie True
True Guarnieri Ayer
124 W. Clinton Street
Frankfort, KY 40601

Mr. James Thomas Tucker
U.S. Department of Justice
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Re:  Case No. 26-5657
*USA v. Michael Adams, et al*
Originating Case No. 3:26-cv-00019

Dear Counsel,

This appeal has been docketed as case number **26-5657** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **August 7, 2026**.  The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries.  Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:   Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee:   Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Antoinette

Case Management Specialist
Direct Dial No. 513-564-7015

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-5657**

UNITED STATES OF AMERICA

       Plaintiff - Appellant

v.

MICHAEL G. ADAMS, in his Official Capacity as KENTUCKY SECRETARY OF STATE and as CHIEF ELECTION OFFICIAL for the KENTUCKY STATE BOARD OF ELECTIONS; ROSS C. OWENS, III, in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; ERIC FARRIS, in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; JOHN Y. BROWN, III, in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; SUE PERRY, in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; DEANNA BRANGERS, in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; CORY SKOLNICK, in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; DWIGHT SEARS, in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; JULIE GRIGGS, in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER

       Defendants - Appellees

KENTUCKY ALLIANCE FOR RETIRED AMERICANS; LEAGUE OF WOMEN VOTERS OF KENTUCKY; ZITSI MIRAKHUR; JOERN SOLTAU; DAVID YATES, Jefferson County Clerk

       Intervenors - Appellees